RECEIVED
01 JUL 11 AM 11:31
CLERK U.S. DIST. COURT
MINNEAPOLIS, MN MM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sunrise International Leasing Corporation, )
) No. 01-CV-1057 (JMR/FLN)
Plaintiff, )
)
vs. )
)
Sun Microsystems, Incorporated )
)
Defendant. )

**STIPULATION AND ORDER FOR CONTINUANCE TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for Plaintiff Sunrise International Leasing Corporation and Defendant Sun Microsystems, Incorporated that:

1. The Defendant may have until August 13, 2001 to respond to the Plaintiff's Complaint in any manner authorized by the F.R.C.P.

2. An Order may be signed and entered in accordance with this Stipulation.

Dated: July 10, 2001

WINTHROP & WEINSTINE, P.A.
BY: ______________________
Kenneth A. Prine, Esq. (#291377)
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-347-0700
Attorneys for Plaintiff

SONNENSCHEIN NATH & ROSENTHAL
BY: ______________________
G. Marc Whitehead, Esq. (# 116671)
710 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-664-0222
Attorneys for Defendant

JUL 2 0 2001

**ORDER**

The Defendant Sun Microsystems, Incorporated may have until August 13, 2001 to answer or otherwise respond to Plaintiff Sunrise International Leasing Corporation's Complaint in any manner authorized by the F.R.C.P.

July 14, 2001

Hon. James M. Rosenbaum
United States District Court Judge

Order prepared by:
Sonnenschein Nath & Rosenthal
710 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
612-664-0222