420688

# UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-1057 (JMR/FLN) **Case Title:** Sunrise International Leasing Corporation v. Sun Microsystems, Incorporated

**Affidavit of Movant**

I, William R. Skallerud, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael D. Hultquist, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Sun Microsystems in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature William R. Skallerud — MN Attorney License # 0161676 — Date 8/30/01

**Affidavit of Proposed Admittee**

I, Michael D. Hultquist, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Michael D. Hultquist — Signature — Date 8-30-01

Attorney License Number: 6194345

Law Firm Name & Address: Sonnenschein Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606

Telephone: (312) 876-2377

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

Date: SEP 06 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED SEP 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK