UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sunrise International Leasing Corp.

Plaintiff,

v.

Sun Microsystems Inc.,

Defendants.

Civil No. 01-1057 JMR/FLN

**ORDER**

---

Laura Pfeiffer and Kenneth Prine for Plaintiff.
G. Marc Whitehead and William Skallerud for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on September 10, 2001, on Defendant's Motion to Stay Proceedings #[6].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

Defendant Sun Microsystems Inc.[#6] Civil 01-1057 JMR/FLN is **GRANTED**.

DATED: November 7, 2001

Franklin L Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

NOV 08 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK