421824

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1057 (JMR/FLN) Case Title: Sunrise International Leasing Corporation v. Sun Microsystems, Incorporated

**Affidavit of Movant**

I, William R. Skallerud, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Christopher Q. King, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant ________ in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature William R. Skallerud — MN Attorney License # 0161676 — Date 12/13/01

**Affidavit of Proposed Admittee**

I, Christopher Q.King, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Christopher Q. King
Type/Print Name

Signature

Date 12/13/01

Attorney License Number: 6189835 (Illinois)

Law Firm Name & Address: Sonnenschein Nath & Rosenthal
8000 Sears Tower, 233 South Wacker Drive
Chicago, IL 60606

Telephone: (312) 876-8224

Motion Granted: ________
For the Court: Francis E. Dosal, Clerk

DEC 14 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED DEC 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________