421567

# UNITED STATES DISTRICT COURT

## District of Minnesota

**Clerk's Office, 700 Federal Building,**
**316 North Robert Street, St. Paul, MN 55101**
**Phone: 651-848-1100**

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-1057(JMR/FLN) **Case Title:** Sunrise International Leasing Corporation v. Sun Microsystems, Incorporated

### Affidavit of Movant

I, William Skallerud, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Jerome T. Wolf, an attorney admitted to practice in the Western District of Missouri, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x) defendant Sun Microsystems, Inc in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 0161676 1-22-02
Signature MN Attorney License # Date

### Affidavit of Proposed Admittee

I, Jerome T. Wolf, am currently a member in good standing of the U.S. District Court for the Western District of Missouri, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Jerome T. Wolf [signature] 1-16-02
Type/Print Name Signature Date

Attorney License Number: MN 0118461 MO 20715

Law Firm Name & Address: Sonnenschein Nath & Rosenthal
4520 Main Street, Suite 1100
Kansas City, MO 64111

Telephone: (816) 932-4400

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

JAN 23 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________