**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Sunrise International Leasing Corp.,

Plaintiff,

vs.

Sun Microsystems Inc.,

Defendant.

**Civ. No. 01-1057**

**STIPULATION TO AMEND PLEADINGS AND PROPOSED ORDER**

---

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Sunrise International Leasing Corp. and Defendant Sun Microsystems Inc., by and through counsel, hereby stipulate and agree to allow Plaintiff leave to amend its Complaint (to be filed as Plaintiff's Second Amended Complaint) and to grant Defendant thirty (30) days after service of the amended pleading to plead in response. It is further stipulated and agreed that Plaintiff shall serve and file its Second Amended Complaint on or before April 1, 2002, which is the deadline for serving motions to amend pleadings set by the Pretrial Schedule. Both parties agree that any and all objections to the merits of the amended pleadings are hereby preserved.

IT IS FURTHER STIPULATED that an order in accordance with the terms of this Stipulation may be entered by the Court without further notice.

Dated: March 15, 2002.

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: Christine Lindblad
David Potter, MN Atty ID: 121642
Christine Lindblad, MN Atty ID: 0277666
Bray M. Dohrwardt, MN Atty ID: 315151
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR PLAINTIFF SUNRISE INTERNATIONAL LEASING CORPORATION**

FILED MAR
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK
ORIGINAL

Dated: March 19TH, 2002.

**SONNENSCHEIN NATH & ROSENTHAL**

By: ______________________
Jerome T. Wolf
James M. Kirkland
4520 Main Street, Suite 1100
Kansas City, MO 64111

William R. Skallerud
630 Pillsbury Center North
200 South Sixth Street
Minneapolis, MN 66402

Michael D. Hultquist
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

**ATTORNEYS FOR DEFENDANT SUN MICROSYSTEMS, INC.**

**ORDER**

Upon the foregoing Stipulation, and the record and proceedings herein, the Court being advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED, based on written consent of the parties:

1. Plaintiff shall be allowed to amend its Amended Complaint (to be filed as Plaintiff's Second Amended Complaint), and to serve and file its Second Amended Complaint on or before April 1, 2002;

2. Defendant shall be allowed thirty (30) days after service to plead in response to the amended pleading; and

3. Both parties have preserved any and all objections they have relating to the merits of such amended pleadings.

Dated: MARCH 26, 2002.

BY THE COURT:

The Honorable Franklin L. Noel
[redacted] Magistrate Judge, United States District Court,
District of Minnesota



TC2: 575642 v01 03/12/2002