UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Sunrise International Leasing Corporation, Plaintiff, | ) | No. 01-CV-1057 (JMR/FLN) |
| vs. | ) | |
| Sun Microsystems, Inc., Defendant. | ) | |

**AGREED ORDER TO EXTEND TIME TO TO AMEND PLEADINGS TO ADD A CLAIM FOR PUNITIVE DAMAGES**

On the stipulated formal motion of the parties:

IT IS HEREBY ORDERED that the time by which the parties may file a motion seeking to amend the pleadings to claim punitive damages in accordance with Minnesota Statute Section 549.191, limited only to substantive claims previously set forth in the Second Amended Complaint or Answer and Counterclaim, shall be extended to and including October 1, 2002.

ENTERED THIS 5 DAY OF ~~JUNE~~ July, 2002

By: Franklin L. Noel
Franklin L. Noel, [redacted] Magistrate Judge
United States District Court, District of Minnesota

JUL 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sunrise International Leasing Corporation, Plaintiff, vs. Sun Microsystems, Inc., Defendant. | No. 01-CV-1057 (JMR/FLN) |

**STIPULATED MOTION TO AMEND PRETRIAL SCHEDULE**

Pursuant to Local Rule 16.3, Sunrise International Leasing Corporation ("Sunrise") and Sun Microsystems, Inc. ("Sun"), by their respective counsel of record, respectfully request this Court amend the Pretrial Schedule to allow the parties additional time to file a motion to amend the pleadings to claim punitive damages limited only to substantive claims previously set forth in the Second Amended Complaint or Answer and Counterclaim in accordance with Minnesota Statute Section 549.191. Good cause supports this request to modify the Pretrial Schedule.

## I. INTRODUCTION

A Pretrial Schedule was entered in this case on December 17, 2001. See Pretrial Schedule. The Pretrial Schedule set April 1, 2001 as the deadline to serve "[a]ll motions which seek to amend the pleadings or add parties." Id., paragraph 1(a). No specific deadline was set for filing amendments to add claims for punitive damages. Under Minnesota law, a party seeking to claim punitive damages must make a motion to amend the pleadings after a lawsuit has been commenced in accordance with Minnesota Statute Sections 549.19. Minn. Stat. § 549.191. Since a motion to amend to add a claim for punitive damages is a motion which seeks to amend the pleadings, it is subject to this Court's April 1, 2002 deadline. The parties



ORIGINAL

respectfully request this Court to amend the Pretrial Schedule to modify the deadline for bringing a motion to amend the pleadings to claim punitive damages.

## II. LAW AND ARGUMENT

Pursuant to Local Rule 16.3, "[o]nce the pretrial discovery schedule is adopted, it shall not be extended or modified except upon written motion and for good cause shown." D.Minn. LR 16.3. The Pretrial Schedule in this case was adopted by the Court on December 17, 2001 and it established April 1, 2002 as the deadline for serving motions to amend the pleadings. The parties contend that additional discovery is necessary in order to make a proper showing to the Court in support of a motion to amend to claim punitive damages. Minn. Stat. § 549.191 (The motion to amend "must allege the applicable legal basis under section 549.20 or other law for awarding punitive damages in the action and must be accompanied by one or more affidavits showing the factual basis for the claim.").

Indeed, allowing the parties additional time to complete the necessary discovery to support such a showing is consistent with Minnesota law. Gamma-10 Plastics, Inc. v. American President Lines, LTD, 32 F.3d 1244, 1255 (8th Cir. 1994) (holding that Section 549.191 is intended to prevent frivolous damage claims by allowing the court to determine first if punitive damages are even appropriate). Therefore, the parties seek this Court's permission to extend the deadline for bringing a motion to amend the pleadings to claim punitive damages to October 1, 2002 limited only to substantive claims previously set forth in the Second Amended Complaint or Answer and Counterclaim thereto. This minor change should not affect the other deadlines in the Pretrial Schedule.

Because Sun's Answer and Counterclaim to Sunrise's Second Amended Complaint, which was filed with the Court on April 26, 2002, contained a claim for punitive damages, Sun agrees to withdraw without prejudice its claim for punitive damages as set forth in Count I, paragraph 19; Count III, paragraph 31; and its prayer for relief.[1] Accordingly, the parties seek this Court's permission to allow Sun to file and serve an amended Answer and Counterclaim deleting its claim(s) for punitive damages. This will be the only change to Sun's Answer and Counterclaim.

## III. CONCLUSION

For the foregoing reasons, the parties respectfully request this Court to extend the deadline for bringing a motion to amend the pleadings to claim punitive damages limited only to substantive claims previously set forth in the Second Amended Complaint or Answer and Counterclaim thereto to October 1, 2002. The parties further request this Court's permission to allow Sun to file and serve an amended Answer and Counterclaim which deletes its claim for punitive damages.

Respectfully submitted,

Dated: June 17, 2002

OPPENHEIMER WOLF & DONNELLY LLP

By: Christine Lindblad

David B. Potter (#121642)
Christine Lindblad (#0277666)
Bray M. Dohrwaldt (#315151)
Oppenheimer Wolff & Donnelly LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609

---

[1] Upon filing of this Stipulated Motion, Sunrise agrees to withdraw its Motion to Strike. Additionally, the parties agree that the hearing on Sunrise's Motion should be cancelled as moot.

ATTORNEYS FOR SUNRISE INTERNATIONAL LEASING CORPORATION

SONNENSCHEIN NATH & ROSENTHAL

By: [signature] 6-17-02
Jerome T. Wolf (admitted pro hac vice)
James M. Kirkland (admitted pro hac vice)
4520 Main Street, #1100
Kansas City, MO 64111
Telephone: 816-460-2400
Facsimile: 816-531-7545

Michael D. Hultquist (admitted pro hac vice)
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
Telephone: 312-876-2377
Facsimile: 312-876-7934

William R. Skallerud (#0161676)
200 South Sixth Street, #630
Minneapolis, MN 55402
Telephone: 612-664-0222
Facsimile: 612-664-0221

ATTORNEYS FOR SUN MICROSYSTEMS, INC.