UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sunrise International Leasing Corporation,

Plaintiff,

vs.

Sun Microsystems, Inc.,

Defendant.

**STIPULATION AND PROPOSED ORDER TO AMEND PRETRIAL SCHEDULING ORDER**

Court File No. 01-CV-1057 (JMR/FLN)

**WHEREAS**, a Pretrial Schedule was entered in this case on December 17, 2001;

**WHEREAS**, on June 17, 2002, the parties submitted a Stipulated Motion to Amend the Pretrial Schedule for the Court's consideration, requesting that the Court amend the deadline for bringing a motion to amend the pleadings to claim punitive damages to October 1, 2002;

**WHEREAS**, on July 5, 2002, the Court signed an Order amending the deadline for bringing a motion to amend the pleadings to claim punitive damages to October 1, 2002;

**WHEREAS**, Sun believes that Peter King's testimony may be necessary to support a motion to amend its pleadings to add a claim for punitive damages and his deposition is scheduled for October 17, 2002, after the deadline for bringing a motion to amend to add a claim for punitive damages;

**NOW THEREFORE**, the parties, by their undersigned attorneys, hereby stipulate to amend the Scheduling Order to extend the deadline for bringing a motion to amend the pleadings to claim punitive damages to November 1, 2002. This Stipulation shall alter the Court's prior Scheduling Order only to the extent specifically set forth herein.

0[illegible] 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Respectfully submitted,

Dated: September 27th, 2002

**PARSINEN KAPLAN ROSBERG & GOTLIEB, P.A.**

By: ______________________

Linda L. Holstein (#150836)
Kevin R. Coan (#029357X)
Anh T. Le (#0311923)
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402
(612) 333-2111
(612) 333-6798 (fax)

**SONNENSCHEIN, NATH & ROSENTHAL**

Jerome T. Wolf (#0118461)
James M. Kirkland (admitted pro hac vice)
4520 Main Street, #1100
Kansas City, MO 64111
Telephone: 816-460-2400
Facsimile: 816-531-7545

Michael D. Hultquist (admitted pro hac vice)
233 South Wacker Drive, # 8000
Chicago, IL 60606
Telephone: 312-876-2377
Facsimile: 312-876-7934

Attorneys for Sun Microsystems, Inc.

**OPPENHEIMER WOLF & DONNELLY LLP**

Dated: September 27, 2002

By: ______________________

David B. Potter (#121642)
Christine Lindblad (#0277666)
Bray M. Dohrwaldt (#315151)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: 612-607-7000
Facsimile: 612-607-7100

Attorneys for Sunrise International Leasing Corporation

So ORDERED