UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sunrise International Leasing Corporation,

Plaintiff,

vs.

Sun Microsystems, Inc.,

Defendant.

**STIPULATION AND PROPOSED ORDER TO AMEND PRETRIAL SCHEDULING ORDER**

Court File No. 01-CV-1057 (JMR/FLN)

**WHEREAS**, a Pretrial Schedule was entered in this case on December 17, 2001 requiring that all discovery be commenced in time to be completed by December 1, 2002;

**WHEREAS**, the parties have completed discovery within the deadline set by the Pretrial Schedule with the exception of the following two (2) depositions: (1) Sun's Rule 30(b)(6) Deposition of Sunrise (Jim Teal), served on October 14, 2002, as amended per agreement of counsel on November 22, 2002; and (2) Sunrise's Rule 30(b)(6) Deposition of Sun (Lorena Sur) served on November 12, 2002.

**WHEREAS**, the parties agree that these depositions are necessary and that testimony of the witnesses may be relevant to the claims and/or defenses in this lawsuit.

**NOW THEREFORE**, the parties, by their undersigned attorneys, hereby stipulate to amend the Scheduling Order to extend the deadline for discovery to complete these two depositions on or before December 23, 2002. This Stipulation shall alter the Court's prior Scheduling Order only to the extent specifically set forth herein.

NOV 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

341544v1

ORIGINAL

Respectfully submitted,

Dated: November 26, 2002

**PARSINEN KAPLAN ROSBERG & GOTLIEB, P.A.**

By: ______________________

Linda L. Holstein (#150836)
Kevin R. Coan (#029357X)
Anh T. Le (#0311923)
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402
(612) 333-2111
(612) 333-6798 (fax)

**SONNENSCHEIN, NATH & ROSENTHAL**

Jerome T. Wolf (#0118461)
James M. Kirkland (admitted pro hac vice)
4520 Main Street, #1100
Kansas City, MO 64111
Telephone: 816-460-2400
Facsimile: 816-531-7545

Michael D. Hultquist (admitted pro hac vice)
233 South Wacker Drive, # 8000
Chicago, IL 60606
Telephone: 312-876-2377
Facsimile: 312-876-7934

Attorneys for Sun Microsystems, Inc.

Dated: November 26, 2002

**OPPENHEIMER WOLF & DONNELLY LLP**

By: ______________________

David B. Potter (#121642)
Christine Lindblad (#0277666)
Bray M. Dohrwaldt (#315151)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: 612-607-7000
Facsimile: 612-607-7100

Attorneys for Sunrise International Leasing Corporation

SO ORDERED: