/

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sunrise International Leasing Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Sun Microsystems, Inc.,<br><br>Defendant. | **STIPULATION AND PROPOSED ORDER TO AMEND PRETRIAL SCHEDULING ORDER**<br><br>Court File No. 01-CV-1057 (JMR/FLN) |

Pursuant to Local Rule 16.3 of the Local Rules of the United States District Court for the District of Minnesota and the Pretrial Schedule entered on December 17, 2001, and for good cause shown, Plaintiff Sunrise International Leasing Corporation ("Plaintiff") and Defendant Sun Microsystems Inc. ("Defendant") respectfully request this Court to extend certain deadlines related to the disclosure of expert witnesses as specified in paragraph 2(a), 2(b), and 2(c) of the Pretrial Schedule by ten (10) days. Specifically, the parties request this Court to enter an order extending: (1) the deadline for Plaintiff to disclose the substance of testimony to be offered by its expert witnesses from on or before January 1, 2002 to on or before January 11, 2002; (2) the deadline for Defendant to disclose the identity of its expert witness(es) under Rule 26(A)(2)(a) from on or before February 3, 2003 to on or before February 13, 2003; (3) the deadline for Defendant to disclose the substance of testimony to be offered by its expert witnesses from on or before March 3, 2003 to on or before March 13, 2003; and (4) the deadline for Plaintiff and Defendant to depose expert witnesses (no more than 4) from on or before June 1, 2003 to on or before June 11, 2002. To the extent any of the deadlines as extended fall on a Saturday, Sunday or legal holiday, Rule 6 of the Federal Rules of Civil Procedure shall apply.

FILED DEC 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

341544v1

ORIGINAL

**WHEREAS**, a Pretrial Schedule was entered in this case on December 17, 2001 requiring that all discovery be commenced in time to be completed by December 1, 2002; that Plaintiff disclose the substance of testimony to be offered by its expert witnesses on or before January 1, 2002; that Defendant disclose the identity of its expert witness(es) under Rule 26(A)(2)(a) on or before February 3, 2003 and disclose of the substance of testimony to be offered by its expert witnesses on or before March 3, 2003; and that each party complete depositions of expert witnesses on or before June 1, 2003.

**WHEREAS**, Plaintiff disclosed the identity of its expert witnesses under Rule 26(A)(2)(a) on November 27, 2002 in compliance with the Pretrial Schedule and has made reasonable efforts to disclose the substance of testimony to be offered by its experts on or before January 1, 2003. However, this disclosure deadline (and Plaintiff's ability to comply with the deadline) was dependent upon the completion of discovery on or before December 1, 2002.

**WHEREAS**, Defendant recently produced documents which are relevant to the substance of the testimony to be offered by Plaintiff's experts. Specifically, Sun produced documents Bates Nos. SMS042872-044211 on Friday, December 13, 2002. In order to have sufficient time to analyze the documents produced, and thereby provide complete expert opinions, Plaintiff requests an additional ten (10) days to disclose the substance of the testimony to be offered by its expert witnesses.

**WHEREAS**, the parties, through stipulation which was entered by the Court, agreed to produce for deposition their respective Rule 30(b)(6) designees after the discovery deadline of December 1, 2002. Since these depositions were completed on December 18, 2002 and December 20, 2002, Plaintiff further requests additional time to complete its review of the information produced through the deposition of Defendant's Rule 30(b)(6) witness.

**WHEREAS**, in order to allow Defendant the same amount of time to disclose the identity of its experts and the substance of their opinions, and to allow both parties the same amount of time to complete depositions of expert witnesses, relative to the timing of Plaintiff's disclosure of the substance of its expert opinions, the parties request the Court to extend Defendant's deadlines as specifically set forth in paragraph 2(a) and 2(b) of the Pretrial Schedule and the deadline to depose expert witnesses as set forth in paragraph 2(c) of the Pretrial Schedule by ten (10) days.

**NOW THEREFORE**, the parties, by their undersigned attorneys, hereby stipulate to amend the Scheduling Order to extend the deadlines related to the disclosure of expert witnesses as specified in paragraph 2(a), 2(b) and 2(c) of the Pretrial Schedule by ten (10) days as follows: (1) the deadline for Plaintiff to disclose the substance of testimony to be offered by its expert witnesses from on or before January 1, 2002 to on or before January 11, 2002; (2) the deadline for Defendant to disclose the identity of its expert witness(es) under Rule 26(A)(2)(a) from on or before February 3, 2003 to on or before February 13, 2003; (3) the deadline for Defendant to disclose the substance of testimony to be offered by its expert witnesses from on or before March 3, 2003 to on or before March 13, 2003; and (4) the deadline for Plaintiff and Defendant to depose expert witnesses (no more than 4 each) from on or before June 1, 2003 to on or before June 11, 2002. This Stipulation shall alter the Court's prior Scheduling Order only to the extent specifically set forth herein.

Respectfully submitted,

Dated: December 23, 2002

**PARSINEN KAPLAN ROSBERG & GOTLIEB, P.A.**

By: ______________________
Linda L. Holstein (#150836)
Kevin R. Coan (#029357X)
Anh T. Le (#0311923)
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402
(612) 333-2111
(612) 333-6798 (fax)

**SONNENSCHEIN, NATH & ROSENTHAL**

Jerome T. Wolf (#0118461)
James M. Kirkland (admitted pro hac vice)
4520 Main Street, #1100
Kansas City, MO 64111
Telephone: 816-460-2400
Facsimile: 816-531-7545

Michael D. Hultquist (admitted pro hac vice)
233 South Wacker Drive, # 8000
Chicago, IL 60606
Telephone: 312-876-2377
Facsimile: 312-876-7934

Attorneys for Sun Microsystems, Inc.

**OPPENHEIMER WOLF & DONNELLY LLP**

Dated: December ____, 2002

By: ______________________
David B. Potter (#121642)
Christine Lindblad (#0277666)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: 612-607-7000
Facsimile: 612-607-7100

Attorneys for Sunrise International Leasing Corporation

Dated: December 23, 2002

**OPPENHEIMER WOLF & DONNELLY LLP**

By: Christine Lindblad

David B. Potter (#121642)
Christine Lindblad (#0277666)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR PLAINTIFF SUNRISE INTERNATIONAL LEASING CORPORATION**

**SO ORDERED**

BY THE COURT:

Hon. Franklin L. Noel
Magistrate of the United States District Court
District of Minnesota