UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sunrise International Leasing Corp.

Plaintiff,

v.

Sun Microsystems Inc.,

Defendants.

Civil No. 01-1057 JMR/FLN

**ORDER**

---

Christine N. Lindblad for Plaintiff.
Anh T. Le, and James Kirkland for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on March 31, 2003, on Defendant's Motion to Compel Answers to Deposition Questions #[101].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that: Defendant's Motion to Compel Answers to Deposition Questions #[101] is **GRANTED**. The deposition is to reconvene in the most cost efficient way possible. Follow-up questions to the questions included in the Motion must not go beyond the scope of the terms of the November 25, 2002, agreement.

DATED: April 14, 2003

FRANKLIN L. NOEL
United States Magistrate Judge

FILED 4-15-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________