**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sunrise International Leasing Corp.,

Plaintiff,

vs.

Sun Microsystems Inc.,

Defendant.

**Civ. No. 01-CV-1057 (JMR/FLN)**

**ORDER**

---

IT IS HEREBY ORDERED AND ADJUDGED that the Pretrial Schedule shall be amended as follows:

(1) The deadline for Plaintiff to disclose rebuttal expert testimony is May 11, 2003;

(2) The deadline for the parties to depose expert witnesses is July 31, 2003; and

(3) All nondispositive motions and supporting documents, including those which relate to discovery, shall be served, filed and heard on or before September 30, 2003. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

To the extent any of the deadlines as extended fall on a Saturday, Sunday or legal holiday, Rule 6 of the Federal Rules of Civil Procedure shall apply.

BY THE COURT:

Hon. Franklin L. Noel
Magistrate of the United States District Court
District of Minnesota

APR 18 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

341544v1

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sunrise International Leasing Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Sun Microsystems, Inc.,<br><br>Defendant. | **STIPULATION AND PROPOSED ORDER TO AMEND PRETRIAL SCHEDULE**<br><br>Court File No. 01-CV-1057 (JMR/FLN) |

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, the parties hereby stipulate to amend the Pretrial Schedule which was entered on December 17, 2001, as amended, in part, by the Court's Order dated March 13, 2003 on the Revised Joint Submission of the Parties Related to Plaintiff's Motion to Compel and Defendant's Motion to Compel Before the Court on February 10, 2003. This Stipulation shall alter the Court's Pretrial Schedule only to the extent specifically set forth herein.

**WHEREAS**, the Court's Pretrial Schedule and Order dated March 13, 2003 established the following deadlines: (1) the deadline for Plaintiff to disclose rebuttal expert testimony is April 27, 2003; (2) the deadline for the Plaintiff and Defendant to depose expert witnesses is June 25, 2003; and (3) the deadline for serving nondispositive motions and supporting documents, including those which relate to discovery, is June 1, 2003.

**WHEREAS**, Plaintiff has requested a two-week extension to disclose rebuttal expert testimony and Defendant has agreed to allow such extension. The extension would change the Plaintiff's rebuttal expert disclosure deadline from April 27, 2003 to May 11, 2003.

**WHEREAS**, the parties have made reasonable attempts to schedule all expert depositions by June 25, 2003 as required by the Court's Order dated March 13, 2003, but have been unable to

341544v1

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

secure sufficient dates to complete the depositions before the deadline, due primarily to a trial conflict of Sunrise's lead counsel from May 26 through June 13 and a trial conflict with one of Sun's lead counsel beginning July 7, 2003. Accordingly, the parties agree to extend the deadline for completing expert depositions from June 25, 2003 to July 31, 2003.

**WHEREAS,** the parties also seek to extend the deadline for serving, filing and hearing nondispositive motions and supporting documents to September 30, 2003. This extension is to ensure the parties have an opportunity to bring nondispositive motions on all aspects of discovery, including expert discovery, which will not be completed under this Stipulation until July 31, 2003. The extension does not interfere with the dispositive motion deadline as it requires the parties to resolve all nondispositive issues prior to a hearing on dispositive motions.

**NOW THEREFORE**, the parties, by their undersigned attorneys, hereby stipulate to amend the Pretrial Schedule and agree to the following deadlines:

(1) The deadline for Plaintiff to disclose rebuttal expert testimony is May 11, 2003;

(2) The deadline for the parties to depose expert witnesses is July 31, 2003; and

(3) All nondispositive motions and supporting documents, including those which relate to discovery, shall be served, filed and heard on or before September 30, 2003. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

Respectfully submitted,

Dated: April 17, 2003

**PARSINEN KAPLAN ROSBERG & GOTLIEB, P.A.**

By: ______________________
Linda L. Holstein (#150836)
Kevin R. Coan (#029357X)
Anh T. Le (#0311923)
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402
(612) 333-2111
(612) 333-6798 (fax)

**SONNENSCHEIN, NATH & ROSENTHAL**

Jerome T. Wolf (#0118461)
James M. Kirkland (admitted pro hac vice)
4520 Main Street, #1100
Kansas City, MO 64111
Telephone: 816-460-2400
Facsimile: 816-531-7545

Michael D. Hultquist (admitted pro hac vice)
233 South Wacker Drive, # 8000
Chicago, IL 60606
Telephone: 312-876-2377
Facsimile: 312-876-7934

Attorneys for Defendant Sun Microsystems, Inc.

Dated: April 17, 2003

**OPPENHEIMER WOLF & DONNELLY LLP**

By: Christine Lindblad Nersa

David B. Potter (#121642)
Christine Lindblad (#0277666)
Bray M. Dohrwardt (#315151)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: 612-607-7000
Facsimile: 612-607-7100

Attorneys for Plaintiff Sunrise International Leasing Corporation