UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Sunrise International Leasing Corporation,**

Plaintiff,

v.

**Sun Microsystems, Inc.,**

Defendant.

**STIPULATION AND ORDER RE: MEDIATION**

File No. 01-1057 JMR/FLN

**WHEREAS**, the parties have determined that they would like to attempt to settle this matter by engaging in a private mediation;

**WHEREAS**, the parties have engaged mediator Richard Solum to conduct a settlement mediation sometime in October or early November;

**WHEREAS**, Local Rule 16.5 provides that each civil case shall be set for a Mediated Settlement Conference before a Magistrate Judge;

**WHEREAS**, the parties seek to satisfy the Court's Alternative Dispute requirements by participating in this private mediation before Richard Solum, as an alternative to the mandated Mediated Settlement Conference required by LR 16.5;

**WHEREAS**, the parties agree to immediately notify the Court of the outcome of their private mediation so that the case may be scheduled for a Final Pretrial Conference if the case is not resolved; and

**WHEREAS,** this stipulation does not seek any change in the timing or other requirements of the scheduling order, including, but not limited to, the trial ready date.

FILED SEP 1 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

**IT IS HEREBY STIPULATED AND AGREED** that the private mediation before mediator Richard Solum will satisfy the Court's Alternative Dispute Resolution requirements as set forth in Local Rule 16.5.

Date: 9/9/03

Jeffrey J. Keyes (#55505)
BRIGGS AND MORGAN, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
(612) 977-8540 (Direct Dial)
(612) 977-8650 (Fax)
jkeyes@briggs.com

Linda L. Holstein, Esq.
PARSINEN, KAPLAN, ROSBERG & GOTLIEB P.A.
1100 South Fifth Street, Suite 1100
Minneapolis, MN 55402-1298

Jerome T. Wolf, Esq.
SONNENSCHEIN NATH & ROSENTHAL LLP
4520 Main Street, Suite 1100
Twentieth Century Tower II
Kansas City, MO 64111

***Attorneys for Defendant Sun Microsystems, Inc.***

Date: 9/9/03

David B. Potter, Esq. (#121642)
Christine Lindblad Nessa (#0277666)
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609

***Attorneys for Plaintiff Sunrise ILC***

Nothing herein precludes the court from ordering a further settlement ~~conference~~ conference or conferences, in the event the case doesn't settle.

**SO ORDERED.**

Date: 9/12/03

United States Magistrate Judge Franklin Noel