UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sunrise International Leasing Corporation,

Plaintiff,

v.

Sun Microsystems, Inc.,

Defendant.

Civil No. 01-1057 JMR/FLN

NOTICE OF FOLLOW-UP SETTLEMENT CONFERENCE

---

DAVID B. POTTER, Esq., CHRISTINE L. NESSA, Esq., and BRAY M. DOHRWARDT, Esq., OPPENHEIMER, WOLFF & DONNELLY, for plaintiff.

JEFFREY J. KEYES, Esq., BRIGGS & MORGAN, for defendant.

---

The above-referenced case is assigned to Chief Judge Rosenbaum for trial. A follow-up settlement conference will be held on March 22, 2004, at 2:00 p.m., before the undersigned in Suite 9W, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota.

Counsel who will actually try the case and each party, armed with full settlement authority, shall be present, in particular **Peter King and Scott McNealy** must personally attend this conference.

DATED: March 15, 2004.

s/ Franklin L. Noel
United States Magistrate Judge