UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1057 (JMR/FLN)

Sunrise International Leasing Corp.)
)
v. ) ORDER
)
Sun Microsystems Inc. )

The Court has been advised by counsel that the above-entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: March 22, 2004

S/ JAMES M. ROSENBAUM,
James M. Rosenbaum, Chief
United States District Judge